IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NUCLEAR WATCH NEW MEXICO,**

      Plaintiff,

      v.                                                         Case No. 1:22-cv-00680-GJF-JHR

**NATIONAL NUCLEAR SECURITY
ADMINISTRATION OF THE U.S.
DEPARTMENT OF ENERGY**

      Defendant.

**ORDER ALLOWING FILING OF PLAINTIFF'S
FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF**

      This matter comes before the Court as a result of the filing by Plaintiff Nuclear Watch New Mexico (NWNM) of its Motion for Leave to File its First Amended Complaint for Injunctive Relief (Motion). A copy of the proposed First Amended Complaint is attached as Exhibit A to the Motion. As grounds for the Motion, Plaintiff has stated that it filed this action on September 15, 2022, that Summons to Defendant National Nuclear Security Administration (NNSA) issued on September 16, 2022, and that Defendant NNSA has not yet been served with the Summons and Complaint, nor have the Attorney General of the United States or the United States Attorney for the District of New Mexico been served with copies of the same.

      Federal Rule of Civil Procedure 15(a)(1)(A) provides that a party may amend its pleading once as a matter of course within 21 days after serving it.

      Since service of Plaintiff's Complaint has not yet occurred, Plaintiff is entitled to amend its Complaint as a matter of course.

1

Therefore, Plaintiff's Motion is GRANTED, and its First Amended Complaint for Injunctive Relief may be accepted for filing.

**IT IS SO ORDERED.**

_____
THE HONORABLE JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE